**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02354-REB-OES

STEVEN BRISCOE,

    Plaintiffs,

v.

SUSAN MACRAE,
DAVID MACRAE, and
CONCOURS AUTO, INC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    On March 14, 2006, the parties filed a **Stipulation for Dismissal With Prejudice** [#16]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal With Prejudice** [#16], filed on March 14, 2006, is **APPROVED**;

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

    3.  That any pending motion is **DENIED** as moot.

Dated March 15, 2006, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn**
                                          **United States District Judge**